THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> LARRY ALFICHE, *et al.*, <br><br> Defendants. | CASE NO. C21-5556-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff Allstate Property and Casualty Insurance Co. ("Allstate") has filed a notice (Dkt. No. 9) indicating that a pending settlement in an underlying state court litigation may moot or has mooted all or some of the issues in the above-captioned action. Allstate asks "that this case be subject to further review in the next sixty days to allow for completion of the underlying settlement which renders the present Declaratory Action moot." (Dkt. No. 9 at 2.)

It is hereby ORDERED that within 60 days of the date of this order, the parties will file the appropriate notice of voluntary dismissal under Rule 41(a)(1) or will show cause why this case should not be dismissed as moot.

DATED this 2nd day of September 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C21-5556-JCC
PAGE - 2